UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER B.,[1] | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:24-cv-02662-GCS |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AWARDING ATTORNEY'S FEES AND EXPENSES

**SISON, Magistrate Judge:**

This matter comes before the Court on the parties' joint application for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. 17). Defendant does not oppose the amount of the fee requested. *Id.* Based on the pleadings, it is hereby **ORDERED** that Plaintiff is awarded $8,300.00 for attorney's fees and expenses in full satisfaction of any and all claims for attorney's fees and expenses that may be payable to Plaintiff in this matter under the EAJA.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 593 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made

---

[1] Plaintiff's full name will not be used in this Order due to privacy concerns. *See* FED. R. CIV. PROC. 5.2(c) and the Advisory Committee Notes thereto.

payable to Plaintiff's attorney, Rory Linerud, pursuant to the EAJA assignment duly signed by Plaintiff.

If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

> Linerud Law Firm
> P.O. Box 5734
> Salem, OR 97304

**IT IS SO ORDERED.**

**DATED: May 28, 2025.**

Digitally signed by Judge Sison
Date: 2025.05.28 10:37:20 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**